**KAREN STOLZBERG**, OSB #83092
kstolzberg@juno.com
11830 SW Kerr Parkway, #315
Lake Oswego, Oregon 97035
Telephone: (503) 251-0707
Fax: (503 251-0708
Attorney for Plaintiff

FILED 11 MAR 22 12:55 USDC-ORP

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

**JANET L. BUCKNER**
        Plaintiff,

    vs.

**COMMISSIONER**, Social Security
Administration,

        Defendant.

Civil No.: 10-165-MO

ORDER REGARDING
ATTORNEY FEES PURSUANT
TO EQUAL ACCESS TO
JUSTICE ACT (EAJA)

Based upon a review of the file herein, and noting the stipulation of the parties, it is

hereby ORDERED that the plaintiff, JANET L. BUCKNER, on behalf of her attorney,

Karen Stolzberg, is hereby entitled to an award of fees under the EQUAL ACCESS TO

JUSTICE ACT, 28 U.S.C. § 2412 et. seq., in the amount of $4550.00.

If it is determined that plaintiff's EAJA fees are not subject to any offset allowed

under the Department of the Treasury's Offset Program, then the check for EAJA fees

shall be made payable to Karen Stolzberg, and mailed to her office at: 11830 SW Kerr

Parkway, #315; Lake Oswego, OR 97035.

DATED  21 March 11

_____
UNITED STATES DISTRICT JUDGE

Presented by:
s/ KAREN STOLZBERG
Attorney for Plaintiff

ORDER RE: EAJA FEES
PAGE 1